**Chief Judge**
**S. Thomas Anderson**
Judge Bryant

**Case #:** 1:18-cv-1227

Tracy & Bill Arnold
v.
City of Crump, TN
et al.