# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE EASTERN DIVISION

| | |
|---|---|
| **TRACY ARNOLD AND BILL ARNOLD**  **Plaintiffs,**  and  v.  **CITY OF CRUMP, LARRY WILBANKS, RANDALL WARREN, TIM KELLY, AND GLEN SPENCER**  **Defendants.** | **No. 1:18-cv-01227-STA-egb** |

## DEFENDANTS' MOTION TO DISMISS

Under Rule 12(b)(6), Defendants move the Court to dismiss the Arnolds' lawsuit for the following reasons:

- The one-year statute of limitations bars the Arnolds' claims.

- There are no factual allegations from which the Court could reasonably infer that either the Fifth Amendment or the Thirteenth Amendment applies to this case.

- The Arnolds have failed to state a claim that the arrest of Tracy Arnold or the seizure of the van violates the Fourth Amendment.

- Because this case involves an arrest and seizure by the police, the Arnolds cannot pursue a Fourteenth Amendment claim.

- The Arnolds have failed to state a claim for violation of their right to associate.

01129/82496

- The Arnolds have failed to state claims under 42 U.S.C. §§ 1985(3) and 1986.

- Because the Arnolds have not complied with Fed.R.Civ.P. 5.1, they cannot challenge the constitutionality of Tenn. Code Ann. § 5-8-102.

The Defendants' arguments are set out in the supporting memorandum filed with their motion.

        Respectfully submitted,

        RAINEY, KIZER, REVIERE & BELL, PLC

        <u>    s/ Dale Conder, Jr.        </u>
        JOHN D. BURLESON, BPR #10400
        DALE CONDER, JR., BPR #15419
        MATTHEW COURTNER, BPR # 029113
        Attorneys for Defendants City of Crump, TN,
        Larry Wilbanks, Tim Kelly, and Glen Spencer
        209 East Main Street
        Jackson, TN 38301
        (731)423-2414
        jburleson@raineykizer.com
        <u>dconder@raineykizer.com</u>

01129/82496

## **CERTIFICATE OF SERVICE**

    I certify that on February 19, 2019, I electronically filed this document. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Tracy Arnold | Randall Warren |
| Bill Arnold | Warren's Towing |
| 1400 Harris Road | 2305 U.S. Highway 64 |
| Adamsville, TN 38310 | Adamsville, TN 38310 |
| Via electronic filing system | |

                                                                                 s/ Dale Conder, Jr.