IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY

MAR 13 2019

Thomas M. Gould, Clerk
U.S. District Court
W. D. OF TN, Jackson

IN RE:   ORDER REASSIGNING CIVIL REFERRAL
TO MAGISTRATE JUDGE JON A. YORK

Administrative Order: 2019-09

The Honorable Jon A. York assumed duty as a United States Magistrate Judge on March 8, 2019 thereby necessitating a reassignment of cases from retiring Magistrate Judge Edward G. Bryant.

IT IS THEREFORE ORDERED that the cases set forth on the attachment to this order shall be reassigned to Magistrate Judge Jon A. York, as the referral judge in each case.   The Clerk shall enter this order to the record of the Court and shall update the docket of each case to reflect the new referral assignment.

ENTERED this 12th day of March, 2019.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

1:14-cv-01162-STA-egb  Moore v. Parris

1:15-cv-01226-STA-egb  Maitland v. Gibson County Tennessee et al

1:15-cv-01263-STA-egb  Davis et al v. Kohler Co.

1:15-cv-01265-JDT-egb  Price v. United States of America

1:15-cv-01270-JDB-egb  Taylor v. United States of America

1:15-cv-01271-JDT-egb  Crews v. United States of America

1:15-cv-01278-JDB-egb  Valeriano v. United States of America

1:15-cv-01281-STA-egb  Miller v. Lindamood

1:15-cv-01300-JDB-egb  Patterson v. United States of America

1:15-mc-00019-JDB-egb  American Overseas Transport, Ltd. v. Quantum Polymer Composites, LLC

1:16-cv-01020-STA-egb  White v. Henderson County et al

1:16-cv-01067-JDB-egb  Ervin v. United States of America

1:16-cv-01072-JDB-egb  Steward v. United States of America

1:16-cv-01079-JDB-egb  Harrison v. Colvin

1:16-cv-01080-JDB-egb  Wright v. United States of America

1:16-cv-01109-JDB-egb  Haynes v. United States of America

1:16-cv-01111-JDT-egb  McGee v USA

1:16-cv-01117-JDB-egb  Anderson v. United States of America

1:16-cv-01130-JDB-egb  Reaves v. United States of America

1:16-cv-01133-JDT-egb  McQuiston v. United States of America

1:16-cv-01140-JDB-egb  Champion v. United States of America

1:16-cv-01142-JDT-egb  Bailey v. Batts

1:16-cv-01146-JDT-egb  Blevins v. United States of America

1:16-cv-01147-JDB-egb  Massengill v. United States of America

1:16-cv-01149-JDB-egb  Brown v. United States of America

1:16-cv-01161-JDT-egb   Hill v. United States of America

1:16-cv-01164-JDB-egb   Traywick v. United States of America

1:16-cv-01165-STA-egb   Clark v. State of Tennessee

1:16-cv-01181-JDB-egb   Toomes v. United States of America

1:16-cv-01186-JDT-egb   Valente v. United States of America

1:16-cv-01187-JDB-egb   Jackson v. United States of America

1:16-cv-01189-JDT-egb   Rogers v. United States of America

1:16-cv-01190-JDT-egb   Bates v. United States of America

1:16-cv-01192-JDB-egb   Hilliard v. United States of America

1:16-cv-01207-JDB-egb   Cole v. United States of America

1:16-cv-01214-STA-egb   Crawford v. Lindamood

1:16-cv-01221-JDB-egb   Simpson v. Colvin

1:16-cv-01224-STA-egb   Curry v. Parris

1:16-cv-01230-JDB-egb   Hurley v. United States of America

1:16-cv-01231-STA-egb   Gibbs v. Perry

1:16-cv-01237-JDB-egb   Stoltz v. United States of America

1:16-cv-01238-JDB-egb   Holland v. United States of America

1:16-cv-01250-JDB-egb   Dubose v. United States of America

1:16-cv-01256-JDT-egb   Estes v. United States of America

1:16-cv-01258-STA-egb   Haynes v. Lee

1:16-cv-01259-STA-egb   Pewitte v. Leibach

1:16-cv-01264-JDT-egb   Bailey v. United States of America

1:16-cv-01276-STA-egb   White v. Leibach

1:16-cv-01283-JDB-egb   Chandler v. United States of America

1:16-cv-01302-STA-egb   Seay v. Batts

1:16-cv-01305-JDT-egb   Long v. United States of America

1:16-cv-01309-JDB-egb   Hobbs v. United States of America

1:16-cv-02449-JDB-egb   Tharpe v. United States of America

1:16-cv-02533-JDT-egb   United States of America v. Butler

1:17-cv-01011-JDB-egb   McKinnie v. United States of America

1:17-cv-01030-STA-egb   Waste Services of Decatur, LLC v. Decatur County, Tennessee

1:17-cv-01037-JDB-egb   Yandell Construction Services, Inc. v. Codell Construction Company et al

1:17-cv-01056-STA-egb   Godwin v. Leibach

1:17-cv-01060-STA-egb   Provost et al v. Crockett County, Tennessee et al

1:17-cv-01061-JDB-egb   McKennie v. USA

1:17-cv-01064-STA-egb   Cunningham v. Jackson Energy Authority

1:17-cv-01069-JDB-egb   James v. Cromwell

1:17-cv-01075-STA-egb   Cole v. Genovese

1:17-cv-01076-JDB-egb   FB Acquisition, LLC v. Tennessee Business and Industrial Development

1:17-cv-01079-STA-egb   *SEALED*

1:17-cv-01082-STA-egb   Waller v. Parris

1:17-cv-01095-JDB-egb   Webb v. Phillips

1:17-cv-01109-STA-egb   Koenigs L.L.C. v. City of Savannah, Tennessee et al

1:17-cv-01113-JDB-egb   Mann v. United States of America

1:17-cv-01114-JDB-egb   United States of America v. The Praxis Companies, LLC et al

1:17-cv-01131-STA-egb   Spicer v. Perry

1:17-cv-01136-JDT-egb   Pearson v. United States of America

1:17-cv-01149-JDB-egb Advanced Rehab and Medical, PC v. Comprehensive Home Healthcare Services, Inc. et al

1:17-cv-01150-STA-egb   Hood v. Ford

1:17-cv-01159-STA-egb   Jordan v. Mays

1:17-cv-01166-STA-egb   Jones v. Equifax Information Services, LLC

1:17-cv-01170-STA-egb   Reeder v. BSI Financial Services, Inc. et al

1:17-cv-01172-JDB-egb   Hendrix v. United States of America

1:17-cv-01174-STA-egb Doe v. Jackson Madison County Board of Education

1:17-cv-01187-STA-egb   Moody v. Parris et al

1:17-cv-01197-STA-egb   Faulkner v. Berryhill

1:17-cv-01201-JDB-egb   Walker v. United States of America

1:17-cv-01202-STA-egb   Davis v. Hayes et al

1:17-cv-01205-STA-egb   Yetto et al v. City of Jackson, Tennessee et al

1:17-cv-01207-STA-egb   Breezee v. Ford

1:17-cv-01212-JDB-egb   Bond v. United States of America

1:17-cv-01213-JDB-egb   Brooks dba Renovation Plus Construction v. Bilbo

1:17-cv-01219-STA-egb   Guerrero v. Ford

1:17-cv-01224-STA-egb   Story v. Harris et al

1:17-cv-01233-STA-egb   Chappel v. Foremost Insurance Group

1:17-cv-01234-JDB-egb   Reeder v. England et al

1:17-cv-01235-JDB-egb   Sadek v. United States of America

1:17-cv-01237-JDT-egb   Settle v. Phillips

1:17-cv-01238-JDT-egb   Settle v. Phillips

1:17-cv-01239-JDT-egb   Settle v. Phillips

1:17-cv-01240-JDT-egb   Settle v. Phillips

1:17-cv-01241-JDB-egb   Whitener v. Parker et al

1:17-cv-01245-STA-egb   NTCH-West Tenn, Inc. v. GTP Structures I, LLC et al

1:17-cv-02829-STA-egb   Tennessee Tractor, LLC on behalf of itself and the Tennessee Tractor, LLC Health and Welfare Benefit Plan et al v. WH Adminstrators, Inc.

1:18-cv-01001-STA-egb   Ellison v. Phillips

1:18-cv-01003-JDB-egb   Powell v. United States of America

1:18-cv-01007-STA-egb   Baxter v. Washburn

1:18-cv-01010-STA-egb   Settle v. Phillips (ASH)

1:18-cv-01019-STA-egb   Godwin v. Washburn

1:18-cv-01023-JDB-egb   Whitehead v. United States of America

1:18-cv-01030-JDB-egb   Crews v. Minter

1:18-cv-01032-JDT-egb   Woods v. Obion County, Tennessee et al

1:18-cv-01035-STA-egb   Goodrich v. NetVoice of Mississippi, Inc.

1:18-cv-01041-JDB-egb   *SEALED*

1:18-cv-01042-STA-egb   Millinder v. Hudgins et al

1:18-cv-01051-STA-egb   Johnson v. CoreCivic, Inc. et al

1:18-cv-01056-JDB-egb   Pruitt v. United States of America

1:18-cv-01060-JDB-egb   Jones, Jr. v. United States of America

1:18-cv-01061-JDB-egb   Austin v. United States of America

1:18-cv-01066-JDB-egb   Robinson v. United States of America

1:18-cv-01071-JDB-egb   Avery et al v. Yinam et al

1:18-cv-01076-JDB-egb   Thorpe v. Aarav Khushi Inc. et al

1:18-cv-01077-STA-egb   Scott et al v. Abernathy Motorcycle Sales, Inc.

1:18-cv-01078-JDB-egb   Warlick v. Lebo

1:18-cv-01079-STA-egb   McCall et al v. Taylor et al

1:18-cv-01080-STA-egb   J&J Sports Productions, Inc. v. Rayas et al

1:18-cv-01085-STA-egb   Atkinson v. City of Paris, Tennessee

1:18-cv-01086-STA-egb   B.H. et al v. Obion County Board of Education

1:18-cv-01090-STA-egb   Beauregard v. Madison County et al

1:18-cv-01093-JDB-egb   Sherry Pritchett d/b/a Professional Counseling & Medical Associates v. Prosser et al

1:18-cv-01098-JDB-egb   Armstrong v. Washburn

1:18-cv-01099-STA-egb   Pruitt v. Culver et al

1:18-cv-01103-JDB-egb   Morris v. Jackson

1:18-cv-01107-STA-egb   Allen v. Perry

1:18-cv-01110-STA-egb   Woods v. Tom William BMW et al

1:18-cv-01111-JDB-egb   Gordon v. United States of America

1:18-cv-01113-JDB-egb   Parker v. United States of America

1:18-cv-01115-STA-egb   Church Joint Venture, a limited partnership v. Blasingame et al

1:18-cv-01116-STA-egb   Church Joint Venture, a limited partnership v. Blasingame et al

1:18-cv-01118-STA-egb   Church Joint Venture, a limited partnership v. Blasingame et al

1:18-cv-01119-STA-egb   Kail v. Irwin et al

1:18-cv-01120-JDB-egb   Corthion v. United States of America

1:18-cv-01123-JDB-egb   Taliaferro v. Lebo

| | |
|---|---|
| 1:18-cv-01124-STA-egb | Tinkle et al v. Dyer County, Tennessee et al |
| 1:18-cv-01132-JDB-egb | McPherson v. Habuda et al |
| 1:18-cv-01134-JDB-egb | Pugh v. United States of America |
| 1:18-cv-01139-STA-egb | R&S Motel, Inc. et al v. Endurance American Specialty Insurance Company et al |
| 1:18-cv-01143-JDB-egb | Lancaster v. Chapman |
| 1:18-cv-01145-STA-egb | Barnett v. Kroger Limited Partnership I et al |
| 1:18-cv-01148-STA-egb | Tennessee Farmers Mutual Insurance Company et al v. BRP U.S. Inc. et al |
| 1:18-cv-01155-JDB-egb | Hill, Jr. v. United States of America |
| 1:18-cv-01158-STA-egb | Cashon v. Massachusetts Bay Insurance Company |
| 1:18-cv-01160-JDB-egb | United States of America v. One (1) Cessna Skyhawk Model 172M, Tail No. N73134, Serial No. 17267281 et al |
| 1:18-cv-01162-STA-egb | Davidson v. Milan Supply Chain Solutions, Inc. |
| 1:18-cv-01164-STA-egb | Peterson v. West TN Expediting, Inc. |
| 1:18-cv-01166-JDB-egb | McGuire, Jr. v. United States of America |
| 1:18-cv-01168-STA-egb | Bolton v. Specialty Retailers, Inc. and/or Specialty Retailers Inc., d/b/a Peebles Department Store located at 1150 Mineral Wells Avenue, Paris, Tennessee |
| 1:18-cv-01169-STA-egb | Huspon v. Security Credit Systems, Inc. |
| 1:18-cv-01178-STA-egb | Allred v. Rodriguez et al |
| 1:18-cv-01179-JDB-egb | Adams et al v. Adient US LLC et al |
| 1:18-cv-01180-JDB-egb | Brewer v. Parris |
| 1:18-cv-01181-STA-egb | United States of America v. Tennessee Consolidated Retirement System et al |
| 1:18-cv-01183-STA-egb | Gentry v. United States of America |
| 1:18-cv-01184-STA-egb | Larson v. Madison County, Tennessee |
| 1:18-cv-01187-JDB-egb | Daniel v. Mays |
| 1:18-cv-01188-JDB-egb | Equal Employment Opportunity Commission v. A+ Care Solutions, Inc. |
| 1:18-cv-01191-STA-egb | Hampton v. Madison County Juvenile Court Services |
| 1:18-cv-01192-STA-egb | Ware v. Alexander et al |
| 1:18-cv-01193-STA-egb | Ware v. Tennessee Human Rights Commission et al |

| | |
|---|---|
| 1:18-cv-01196-JDB-egb | Cox v. Erie Insurance Exchange |
| 1:18-cv-01197-STA-egb | Haltom v. State Farm Fire and Casualty Company |
| 1:18-cv-01198-STA-egb | Casteel et al v. Bureau of Alcohol, Tobacco, Firearms and Explosives |
| 1:18-cv-01202-JDB-egb | Steed v. Lebo |
| 1:18-cv-01205-JDB-egb | McKinney v. United States of America |
| 1:18-cv-01207-STA-egb | Baxter v. Washburn et al |
| 1:18-cv-01212-JDB-egb | Nasar v. Kohl's Department Stores, Inc. |
| 1:18-cv-01213-STA-egb | Carlson v. Hardeman County |
| 1:18-cv-01215-STA-egb | Ozark Motor Lines, Inc. v. A Plus Expediting & Logistics, Inc. et al |
| 1:18-cv-01218-JDB-egb | Woods v. Social Security Administration et al |
| 1:18-cv-01220-JDB-egb | Alexander v. Lexington Associates II, L.P. et al |
| 1:18-cv-01222-STA-egb | Edmonds et al v. Berhe et al |
| 1:18-cv-01223-JDB-egb | Bush v. Sam's Club East, Inc. |
| 1:18-cv-01224-JDB-egb | Jacob v. United States of America |
| 1:18-cv-01225-JDB-egb | Taylor et al v. GCA Educational Services, Inc. et al |
| 1:18-cv-01226-JDB-egb | Clayton v. Berryhill |
| 1:18-cv-01227-STA-egb | Arnold et al v. City of Crump, Tennessee et al |
| 1:18-cv-01229-STA-egb | Haley v. Diabetes Center of Jackson, PLLC |
| 1:18-cv-01231-STA-egb | Bernier et al v. Sam's East, Inc. et al |
| 1:18-cv-01232-JDB-egb | Lanier v. Perry |
| 1:18-cv-01233-STA-egb | Hollingsworth v. Tennessee Wildlife Resources Agency et al |
| 1:18-cv-01235-STA-egb | Hayes et al v. Butts Foods, Inc. et al |
| 1:18-cv-01236-STA-egb | Parker v. West Carroll Special School District et al |
| 1:18-cv-01238-JDB-egb | Jones v. Hardeman County et al |
| 1:18-cv-01242-JDB-egb | ReliaStar Life Insurance Co. v. Allen et al |
| 1:18-cv-01247-STA-egb | Seratt v. U.G.N., Inc. |
| 1:18-cv-01249-JDB-egb | U.S. Department of Justice v. Ables d/b/a Pops Cove |
| 1:18-cv-01250-STA-egb | American Reliable Insurance Company v. Fisher et al |
| 1:18-cv-01253-JDB-egb | Long v. Owens Corning Composite Materials, LLC |

1:18-cv-01255-JDB-egb  Barnes v. United States of America

1:18-cv-01257-STA-egb  Gooch et al v. Jones et al

1:18-cv-01258-STA-egb  Sims v. Butts Foods, Inc. et al

1:18-cv-01259-JDT-egb  Williams v. Dyersburg Police Department et al

1:18-cv-01260-STA-egb  The Estate of Jesse James Hughes v. Henderson County, Tennessee et al

1:18-cv-02041-STA-egb  Fuller v. The Raymond Corporation

1:18-cv-02169-JDB-egb  Bailey v. Lee

1:18-cv-02236-STA-egb  Collins v. Dodson et al

1:18-cv-02389-JDB-egb  Ballard v. Dyer County, et al

1:18-cv-02445-JDB-egb  Taylor v. City of Brownsville et al

1:18-cv-02447-STA-egb  Landreth v. Milan Supply Chain Solutions, Inc.

1:18-cv-02564-STA-egb  Blake et al v. Ray et al

1:18-cv-02576-JDB-egb  Patel et al v. Kapadia et al

1:18-cv-02642-STA-egb  Flippo v. McKenzie Tree Service, Inc.

1:18-cv-02693-JDB-egb  U.S. Department of Justice v. Dyersburg Apartments, Ltd. et al

1:18-cv-02711-JDB-egb  Rice v. Crowell

1:18-cv-02712-STA-egb  Integrity Rehab Group, Inc. v. West Tennessee Bone & Joint Clinic, P.C.

1:18-cv-02749-JDB-egb  Lyons v. Reeds Jewelers, Inc.

1:19-cv-01001-STA-egb  Harris v. Thyssenkrupp Elevator Corporation

1:19-cv-01005-STA-egb  Williams v. United States of America

1:19-cv-01006-JDB-egb  Turnbow v. Bunzl Retail Services, LLC

1:19-cv-01009-STA-egb  Tacker-Gilbert v. Wal-Mart Stores East, LP

1:19-cv-01011-STA-egb  Ballard v. U.S. Farathane, LLC

1:19-cv-01013-JDB-egb  Seymore et al v. A Plus Expediting & Logistics, Inc. et al

1:19-cv-01016-STA-egb  Jones v. United States of America

1:19-cv-01017-STA-egb  Autozone Texas, LP v. Tri-State Thermo King, Inc.

1:19-cv-01018-STA-egb  Sanford v. Ford Motor Company

1:19-cv-01019-STA-egb  United States of America v. Williams

1:19-cv-01020-STA-egb  Colas et al v. Certified Recovery Service, Inc. et al

1:19-cv-01021-STA-egb   Green et al v. Flowers Foods, Inc. et al

1:19-cv-01022-JDB-egb   *SEALED*

1:19-cv-01023-STA-egb   Krebsbach v. Snap-On Credit, LLC.

1:19-cv-01024-STA-egb   Bush v. Henry County Medical Center

1:19-cv-01026-JDB-egb   Cox et al v. City of Jackson, Tennessee et al

1:19-cv-01027-STA-egb   Paar v. City of Jackson, Tennessee

1:19-cv-01028-JDB-egb   Murchison et al v. Reliance Standard Life Insurance Company

1:19-cv-01029-STA-egb   C&S Outdoor Power Equipment, Inc. v. ODES Industries LLC

1:19-cv-01030-STA-egb   Rhodes v. Bates Rubber, Inc. et al

1:19-cv-01031-STA-egb   Fincher v. Southern Crop Growers LLC et al

1:19-cv-01032-JDB-egb   Hudson v. Acuity Mutual Insurance Company

1:19-cv-01033-STA-egb   America's Tires & Audio, Inc. v. United Fire and Casualty Insurance Company

1:19-cv-01034-STA-egb   Herron v. Trenton Special School District

1:19-cv-01035-STA-egb   Baker v. Apple Investors Group, LLC et al

1:19-cv-01040-JDB-egb   Beauregard v. Brown

1:19-cv-01041-STA-egb   Chapman v. Brown

1:19-cv-01044-STA-egb   Adams v. Lindamood

1:19-cv-02007-STA-egb   Wetherington v. EuroTranciatura U.S.A., LLC

1:19-cv-02077-JDB-egb   Fisk v. Newbern, TN, City of et al

1:19-mc-00001-JDB-egb   Sedgwick Claims Management Services, Inc. v. O'Bryant

2:16-cv-02362-STA-egb   Walker v. Lauderdale County et al

2:16-cv-02390-STA-egb   Wallace v. Holloway et al

2:16-cv-02647-STA-egb   Taylor v. Jones et al

2:16-cv-02694-MSN-egb   Hayward v. Chemours Company

2:16-cv-02700-MSN-egb   Bentz v. UC Synergetic, LLC

2:16-cv-02862-STA-egb   Parks v. Lebo et al

2:16-cv-02886-STA-egb   Badger v. Chapman et al

2:16-cv-02955-SHL-egb  Nevilles v. United States of America

2:16-cv-02997-STA-egb  Allen v. Shelby County Sheriff Dept. et al

2:16-mc-00007-JDB-egb  *SEALED*

2:17-cv-02013-JPM-egb  United States of America v. Smith & Nephew Inc. et al

2:17-cv-02035-JPM-egb  Austin v. United States of America

2:17-cv-02040-JPM-egb  Gatewood v. United States of America

2:17-cv-02050-TLP-egb  Williams v. Shelby County Board of Education

2:17-cv-02053-JPM-egb  United States of America v. Jones

2:17-cv-02117-SHM-egb  Yearta v. Amusements of America, Inc., et al.

2:17-cv-02120-JPM-egb  Blanchard et al v. City Of Memphis, Tennessee

2:17-cv-02131-MSN-egb  Watson, et al. v. Allstar Recovery, LLC, et al.

2:17-cv-02361-STA-egb  Wright v. Lindamood

2:18-cv-02100-TLP-egb  Terry v. Berryhill