01129-82496

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE EASTERN DIVISION

**TRACY ARNOLD AND BILL ARNOLD**

 **Plaintiffs,**

**and**

**v.**

           **No. 1:18-cv-01227-STA-egb**

**CITY OF CRUMP, LARRY WILBANKS, RANDALL WARREN, TIM KELLY, AND GLEN SPENCER**

 **Defendants.**

## DEFENDANTS' REPLY TO PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS

   The lawyers for the City of Crump, Tennessee, Larry Wilbanks, Tim Kelly, and Glen Spencer do not object to the Arnolds' request for more time. But a request for the deadline to be extended "until July 26, 2019, or later" seems a bit long and open ended based on what the Arnolds have submitted. Perhaps an extension until July 26, 2019, is necessary. Defendants' lawyers ask the Court to have the Arnolds provide a doctor's statement giving some idea as to how long the Arnolds' child will be hospitalized. Neither Defendants nor their lawyers object to this being submitted directly to the Court or filed under seal. Having a premature baby in the NICU is

stressful enough without worrying about personal medical information being part of an open court file.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, PLC

s/ Dale Conder, Jr.
JOHN D. BURLESON, BPR #10400
DALE CONDER, JR., BPR #15419
MATTHEW COURTNER, BPR # 029113
Attorneys for Defendants City of Crump, TN,
Larry Wilbanks, Tim Kelly, and Glen Spencer
209 East Main Street
Jackson, TN 38301
(731)423-2414
jburleson@raineykizer.com
dconder@raineykizer.com

## CERTIFICATE OF SERVICE

I certify that on July 8, 2019, I electronically filed this document. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Tracy Arnold                    Randall Warren
Bill Arnold                     Warren's Towing
1400 Harris Road                2305 U.S. Highway 64
Adamsville, TN 38310            Adamsville, TN 38310
Via electronic filing system

s/ Dale Conder, Jr.