# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| TRACY ARNOLD and BILL ARNOLD, ) ) ) Plaintiffs, ) ) v. ) ) CITY OF CRUMP, TENNESSEE; ) LARRY WILBANKS, in his official and ) individual capacity; TIM KELLY, in his ) official and individual capacity; ) RANDALL WARREN; and GLEN ) SPENCER, ) ) Defendants. ) | No. 1:18-cv-01227-STA-jay |

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiffs' Motion for Extension of Time to file objections to Magistrate Judge York's Report and Recommendation (ECF No. 14). (ECF No. 15.) Defendants responded, not opposing the extension, but requesting a firm deadline, instead of an "open ended" deadline. (ECF No. 16.) For good cause shown, Plaintiffs' Motion is **GRANTED**. Plaintiffs must file their objections to Magistrate Judge York's Report and Recommendation on or before July 26, 2019.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: July 9, 2019